**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

DERRICK WILLIAMSON, et al. Case No.: 3:26-cv-00052-TES

Plaintiffs,

v.

MORGAN COUNTY, GEORGIA, et al.,

Defendants.

_______________________________________/

ORDER GRANTING RETROACTIVE EXTENSION OF TIME TO PERFECT SERVICE OF PROCESS

This matter comes before the Court on Plaintiffs' Response to the Court's August 7, 2026 Order to Show Cause (Doc. 5) and Motion for Retroactive Extension of Time to Perfect Service of Process pursuant to Fed. R. Civ. P. 4(m).

The Court, having considered Plaintiffs' Response, the Declaration of Walter A. Bernard, Esq., and the twelve (12) executed Proof of Service forms demonstrating that service has been perfected on all Defendants, and being otherwise fully advised in the premises, finds as follows:

**FINDINGS:**

1. Plaintiffs filed their Complaint on May 8, 2026. The 90-day deadline for service under Rule 4(m) expired on August 6, 2026.

2. Plaintiffs demonstrated good cause for the minimal delay in perfecting service. Plaintiffs mailed Request to Waive Service of Summons packets to nine Defendants on June 2, 2026, within twenty-five days of filing. No Defendant returned a signed waiver.

3. Plaintiffs engaged a private process server on July 31, 2026, six days before the deadline, demonstrating diligent pursuit of service.

4. Service was perfected on seven Defendants on August 7, 2026 (one day after the deadline) and on the remaining five Defendants on August 11, 2026 (five days after the deadline). All twelve named Defendants have now been served.

5. The delay in perfecting service was minimal—one to five days—and resulted from Plaintiffs' good-faith reliance on the Rule 4(d) waiver process.

6. Dismissal, even without prejudice, would effectively bar Plaintiffs' claims because the applicable statutes of limitations have expired on multiple counts, including the malicious prosecution claim (which expired June 12, 2026) and the § 1986 claim (one-year statute of limitations).

7. No Defendant has demonstrated prejudice from the minimal delay in service, and all Defendants had actual notice of this lawsuit through the waiver packets mailed on June 2, 2026.

**IT IS THEREFORE ORDERED:**

1. Plaintiffs' Motion for Retroactive Extension of Time to Perfect Service of Process is **GRANTED**.

2. The Rule 4(m) deadline is retroactively extended to and including **August 11, 2026**, nunc pro tunc.

3. Service of process on all twelve named Defendants is deemed timely and effective.

4. The Court's August 7, 2026 Order to Show Cause (Doc. 5) is **DISCHARGED**.

5. Each Defendant shall have **twenty-one (21) days** from the date of service to file a responsive pleading or motion.

SO ORDERED, this 18 day of August, 2026.

s/Tilman E. Self, III

HONORABLE TILMAN E. SELF III
UNITED STATES DISTRICT JUDGE